George M. Kryder
  State Bar No. 11742900
  gkryder@velaw.com
Jeremy M. Reichman
  State Bar No. 24083722
  jreichman@velaw.com
Michael C. Lee
  State Bar No. 24109461
  mlee@velaw.com
Emalee H. LaFuze
  State Bar No. 24110897
  elafuze@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700

*Attorneys for Defendants Chapman and Cutler LLP
and Catherine Rossouw*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>WITH PURPOSE, INC.<br><br>*Debtor* | § § § § § § | CASE NO. 23-30246-MVL-7<br><br>CHAPTER 7 |
| SCOTT M. SEIDEL, TRUSTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAPMAN AND CUTLER LLP AND CATHERINE ROSSOUW,<br><br>*Defendants*. | § § § § § § § § § § § | ADVERSARY NO. 25-03037-MVL |

**DEFENDANTS CHAPMAN AND CUTLER LLP'S AND CATHERINE ROSSOUW'S
REQUEST FOR STATUS CONFERENCE**

TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:

Under the Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order ¶ 3 (ECF Dkt. No. 3) (the "Order"), Defendants Chapman and Cutler LLP and Catherine Rossouw (collectively, "Chapman") respectfully request a status conference to discuss the provisions and deadlines of a scheduling order.

Today, Chapman filed its Motion to Compel Arbitration and Stay Adversary Proceeding (ECF Dkt. No. 13) (the "Motion to Compel Arbitration"). The parties have not yet agreed on a briefing schedule or a hearing date for the Motion to Compel Arbitration.

As Chapman explained in the Motion to Compel Arbitration and at the April 10, 2025 hearing, the Motion to Compel Arbitration is a threshold gating motion that should be decided before any other motions. While the Motion to Compel Arbitration is pending, all discovery in this case must be stayed.[1] Moreover, if the Motion to Compel Arbitration is denied, Chapman has a statutory right to an interlocutory appeal under § 16 of the Federal Arbitration Act, and this proceeding (including all discovery) must be stayed during that appeal.[2]

Accordingly, Chapman respectfully requests that no scheduling order be entered at this time because the deadlines inevitably will be moot by this case being compelled to arbitration or Chapman exercising its right to a statutory interlocutory appeal. As instructed in the Order,

---

[1] *See Gallo v. Air & Liquid Sys. Corp.*, No. 4:23-CV-00137, 2023 WL 5108647, at *1 (S.D. Tex. July 3, 2023) ("[Defendant] has a valid point that forcing [the defendant] to engage in the discovery process before this Court has decided whether arbitration is appropriate would defeat one of the fundamental purposes of arbitration—avoiding substantial expenditures on exhaustive discovery.").

[2] *See Seidel v. James Frinzi, et al.*, ADV No. 24-03039-MVL (ECF Dkt. No. 74, p. 8) ("The Court firmly believes [that] denial of the Motion does not further the resolution of this case or the Debtor's bankruptcy case, because if appealed, it would necessitate a stay of the entirety of the Trustee's Complaint, given the Defendants' rights to an interlocutory appeal under § 16 of the FAA."); *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) ("When a federal district court denies a motion to compel arbitration, the losing party has a statutory right to an interlocutory appeal . . . [and] [t]he district court must stay its proceedings.") (internal citation omitted); *Big Picture Loans, LLC v. Eventide Credit Acquisitions, LLC*, No. 4:24-CV-00103-P, 2024 WL 3239935, at *3 (N.D. Tex. June 27, 2024) (Pittman, J.) (citing *Coinbase* and finding adversary proceeding must be stayed pending appeal of the denial of a motion to compel arbitration).

Chapman respectfully requests a status conference to discuss this schedule. Chapman further requests such other relief to which it may be entitled.

Respectfully submitted,

*/s/ George M. Kryder*
George M. Kryder
  State Bar No. 11742900
  gkryder@velaw.com
Jeremy M. Reichman
   State Bar No. 24083722
   jreichman@velaw.com
Michael C. Lee
   State Bar No. 24109461
   mlee@velaw.com
Emalee H. LaFuze
   State Bar No. 24110897
   elafuze@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas  75201
Telephone: (214) 220-7700

*Attorneys for Defendants Chapman and Cutler LLP and Catherine Rossouw*

**CERTIFICATE OF SERVICE**

I certify that on April 28, 2025, a true and correct copy of the foregoing instrument was served on all counsel of record using the Court's electronic filing system.

*/s/ George M. Kryder*
George M. Kryder